FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD MIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MUTUAL OF ENUMCLAW INSURANCE CO.,<br><br>    Defendant. | No. 2:21-CV-00144-SAB<br><br>**ORDER RE: STIPULATED MOTION FOR PROTECTIVE ORDER** |

      Before the Court is the parties' Stipulated Motion for Protective Order, ECF No. 32. The motion was heard without oral argument. Plaintiff is represented by Matthew Crotty. Defendant is represented by Arthur Simpson and Steven Caplow.

      The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

      The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

//

**ORDER DENYING
STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Protective Order, ECF No. 32, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 23rd day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING**
**STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 2