FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD MIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MUTUAL OF ENUMCLAW INSURANCE CO.,<br><br>    Defendant. | No. 2:21-CV-00144-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation of Dismissal, ECF No. 34. Plaintiff is represented by Matthew Crotty. Defendant is represented by Arthur Simpson and Steven Caplow.

    The parties stipulate and agree that the above-captioned matter be dismissed with prejudice with each side bearing its respective fees and costs.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to the parties' Stipulation of Dismissal, ECF No. 34, the above-captioned matter is **DISMISSED with prejudice**, with each side bearing its respective fees and costs.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 13th day of April 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION** ~ 2